# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
CHRISTIAN BANACH § Case No. 13-13152
§
Debtor §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/29/2013. The undersigned trustee was appointed on 03/29/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 95,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 33,502.98 |
| Bank service fees | 190.51 |
| Other payments to creditors | 11,197.60 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 35,108.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/09/2017 and the deadline for filing governmental claims was 02/09/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,250.00 , for a total compensation of $ 7,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/11/2017          By: /s/Frances Gecker
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-13152 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTIAN BANACH | | | | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/31/2013 |
| For Period Ending: | 04/11/2017 | | | | Claims Bar Date: | 02/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 2317 W. Harrison, Unit D, Chicago, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. STOCK - Adrenaline Y2K, Inc. d/b/a Global Adrenaline.net | 0.00 | 1.00 | | 0.00 | FA |
| 7. STOCK  Haunted Hotel Ball, LLC (51%) | 0.00 | 1.00 | | 0.00 | FA |
| 8. TAX REFUNDS           (u) | 3,188.00 | 521.00 | | 0.00 | FA |
| 9. PERSONAL INJURY LAWSUIT  P.I. LAWSUIT AGAINST SOFTBALL CHICAGO | Unknown | 100,000.00 | | 95,000.00 | FA |
| 10. VEHICLES - 2011 Toyota Camry  Reaffirmed. | 18,000.00 | 15,600.00 | | 0.00 | FA |
| 11. TAX REFUNDS          (u) | 633.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)          $175,521.00          $116,123.00          $95,000.00          $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS REVIEWING CLAIMS AND WILL PREPARE A FINAL REPORT.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 08/01/2016        Current Projected Date of Final Report (TFR): 06/01/2017

Exhibit A

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-13152 | Trustee Name: Frances Gecker |
| Case Name: CHRISTIAN BANACH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2143 |
| | Checking |
| Taxpayer ID No: XX-XXX4290 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 9 | CAPITOL INDEMNITY CORPORATION<br>PO BOX 5900<br>MADISON, WI 53705-0900 | SETTLEMENT - ORDER DATED 11/30/16 | 1142-000 | $95,000.00 | | $95,000.00 |
| 02/02/17 | 5001 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $40.86 | $94,959.14 |
| 02/03/17 | 5002 | ROBERT R. DUNCAN<br>LAW OFFICE OF DUNCAN LAW GROUP, LLC<br>161 N. CLARK STREET, SUITE 2550<br>CHICAGO, ILLINOIS 60601 | Order dated 11/30/16 [DKT 46] | | | $33,462.12 | $61,497.02 |
| | | ROBERT R. DUNCAN | ($31,666.67) | 3210-000 | | | |
| | | ROBERT R. DUNCAN | ($1,795.45) | 3220-000 | | | |
| 02/03/17 | 5003 | HUMANA SUBROGATION AND INJURY CLAIMS COST MANAGEMENT | Per Court Order dated 11/30/16 - Dkt. 46 | 4210-000 | | $11,197.60 | $50,299.42 |
| 02/03/17 | 5004 | CHRISTIAN BANACH<br>360B Whitewater Drive<br>Apt. 106<br>Bolingbrook, IL 60440 | DEBTOR'S EXEMPTION | 8100-002 | | $15,000.00 | $35,299.42 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.88 | $35,267.54 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $106.34 | $35,161.20 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.29 | $35,108.91 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $95,000.00 | $59,891.09 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $95,000.00 | $59,891.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*       Page Subtotals:   $95,000.00   $59,891.09

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $95,000.00 | $44,891.09 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2143 - Checking | $95,000.00 | $44,891.09 | $35,108.91 |
|  | $95,000.00 | $44,891.09 | $35,108.91 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $95,000.00 |
| Total Gross Receipts: | $95,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-13152-CAD  
Debtor Name: CHRISTIAN BANACH  
Claims Bar Date: 2/9/2017  

Date: April 11, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | CHRISTIAN BANACH<br>360B Whitewater Drive<br>Apt. 106<br>Bolingbrook, IL 60440 | Administrative | Amended C - filed on 12/7/16 | $0.00 | $15,000.00 | $15,000.00 |
| 100 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Administrative | First and final fee application. | $0.00 | $11,728.50 | $11,728.50 |
| 100 3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Administrative | First and final fee application - Expenses | $0.00 | $67.88 | $67.88 |
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative |  | $0.00 | $7,250.00 | $7,250.00 |
| 100 3210 | ROBERT R. DUNCAN<br>LAW OFFICE OF DUNCAN LAW GROUP, LLC<br>161 N. CLARK STREET, SUITE 2550<br>CHICAGO, ILLINOIS 60601 | Administrative | Per Court Order dated 11/30/16 - Dkt. 46 | $0.00 | $31,666.67 | $31,666.67 |
| 100 3220 | ROBERT R. DUNCAN<br>LAW OFFICE OF DUNCAN LAW GROUP, LLC<br>161 N. CLARK STREET, SUITE 2550<br>CHICAGO, ILLINOIS 60601 | Administrative | Per Court Order dated 11/30/16 - Dkt. 46 | $0.00 | $1,795.45 | $1,795.45 |
| 400 4210 | HUMANA SUBROGATION AND INJURY CLAIMS COST MANAGEMENT | Secured | Per Court Order dated 11/30/16 - Dkt. 46 | $0.00 | $11,197.60 | $11,197.60 |
| 1 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured |  | $0.00 | $6,446.27 | $6,446.27 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured |  | $0.00 | $13,073.86 | $13,073.86 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-13152-CAD                                                                                              Date: April 11, 2017
Debtor Name: CHRISTIAN BANACH
Claims Bar Date: 2/9/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | DEBORAH BANACH<br>365 S 227TH CT<br>BUCKEYE, AZ 85326 | Unsecured | | $0.00 | $5,000.00 | $5,000.00 |
| 4<br>300<br>7100 | SALMA TORRES<br>1740 Tower Hill Dr.<br>Woodridge, IL  60517 | Unsecured | | $0.00 | $29,000.00 | $29,000.00 |
| | Case Totals | | | $0.00 | $132,226.23 | $132,226.23 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-13152
Case Name: CHRISTIAN BANACH
Trustee Name: Frances Gecker

| | Balance on hand | $ | 35,108.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | HUMANA SUBROGATION AND INJURY CLAIMS COST MANAGEMENT | $ 11,197.60 | $ 11,197.60 | $ 11,197.60 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 35,108.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 7,250.00 | $ 0.00 | $ 7,250.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 11,728.50 | $ 0.00 | $ 11,728.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 67.88 | $ 0.00 | $ 67.88 |
| Other: ROBERT R. DUNCAN | $ 31,666.67 | $ 31,666.67 | $ 0.00 |
| Other: ROBERT R. DUNCAN | $ 1,795.45 | $ 1,795.45 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 19,046.38 |
| Remaining Balance | $ | 16,062.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,520.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,446.27 | $ 0.00 | $ 1,934.66 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 13,073.86 | $ 0.00 | $ 3,923.74 |
| 3 | DEBORAH BANACH | $ 5,000.00 | $ 0.00 | $ 1,500.61 |
| 4 | SALMA TORRES | $ 29,000.00 | $ 0.00 | $ 8,703.52 |
| | Total to be paid to timely general unsecured creditors | | | $ 16,062.53 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE