# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHRISTIAN BANACH | § | Case No. 13-13152 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 166,121.00 *(Without deducting any secured claims)* | Assets Exempt: 24,400.00 |
| Total Distributions to Claimants: 27,260.13 | Claims Discharged Without Payment: 528,355.78 |
| Total Expenses of Administration: 52,739.87 | |

3) Total gross receipts of $ 95,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 80,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 228,000.00 | $ 11,197.60 | $ 11,197.60 | $ 11,197.60 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,739.87 | 52,739.87 | 52,739.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 314,291.18 | 53,520.13 | 53,520.13 | 16,062.53 |
| **TOTAL DISBURSEMENTS** | $ 542,291.18 | $ 117,457.60 | $ 117,457.60 | $ 80,000.00 |

   4) This case was originally filed under chapter 7 on 03/29/2013 . The case was pending for 53 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 08/03/2017             By:/s/Frances Gecker
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY LAWSUIT | 1142-000 | 95,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 95,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHRISTIAN BANACH | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Finance 25 Atlantic Avenue Erlanger, KY 41018-3188 | | 21,000.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P.O. Box 14411 Des Moines, IA 50306-3411 | | 207,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HUMANA SUBROGATION AND INJURY CLAIMS COST MANAGEMENT | 4210-000 | NA | 11,197.60 | 11,197.60 | 11,197.60 |
| **TOTAL SECURED CLAIMS** | | | $ 228,000.00 | $ 11,197.60 | $ 11,197.60 | $ 11,197.60 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 7,250.00 | 7,250.00 | 7,250.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 40.86 | 40.86 | 40.86 |
| Associated Bank | 2600-000 | NA | 190.51 | 190.51 | 190.51 |
| FRANKGECKER LLP | 3110-000 | NA | 11,728.50 | 11,728.50 | 11,728.50 |
| FRANKGECKER LLP | 3120-000 | NA | 67.88 | 67.88 | 67.88 |
| ROBERT R. DUNCAN | 3210-000 | NA | 31,666.67 | 31,666.67 | 31,666.67 |
| ROBERT R. DUNCAN | 3220-000 | NA | 1,795.45 | 1,795.45 | 1,795.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 52,739.87 | $ 52,739.87 | $ 52,739.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Salma Torres;1740 Tower Hill Dr.;Woodridge, IL 60517 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AdrenalineY2K, Inc. d/b/a GlobalAdrenaline.net 329 West 18th Street. #908 Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Advanta Bank Corp. P.O. Box 8088 Philadelphia, PA 19101 | | 4,824.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anita Dee II 600 E. Grand Ave. Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Aragon Ballroom 1106 W. Lawrence Ave. Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |
| | Arlington Park 2000 W. Euclid Ave. Arlington Heights, IL 60005 | | 0.00 | NA | NA | 0.00 |
| | AT&T PO BOX 5080 Carol Stream, IL 60197-5080 | | 222.30 | NA | NA | 0.00 |
| | Bank of America P.O. Box 15726 Wilmington, DE 19886 | | 34,912.38 | NA | NA | 0.00 |
| | Bull & Bear 431 N. Wells St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | 47,381.50 | NA | NA | 0.00 |
| | Chicagoland Speedway 500 Speedway Blvd. Joliet, IL 60433 | | 0.00 | NA | NA | 0.00 |
| | Crescendo 222 W. Ontario St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crimson Lounge 333 N. Dearborn St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Deuces & Diamonds 3505 N. Clark St. Chicago, IL 60657 | | 0.00 | NA | NA | 0.00 |
| | Double Tree Magnificent Mile 300 E. Ohio St. Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Dream 1532 Washington Ave. Miami Beach, FL 33139 | | 0.00 | NA | NA | 0.00 |
| | Enclave 220 W. Chicago Ave. Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |
| | Fear City Haunted House 8240 Austin Ave. Morton Grove, IL 60053 | | 0.00 | NA | NA | 0.00 |
| | Fraizer Museum 829 W. Main St. Louisville, KY 40202 | | 0.00 | NA | NA | 0.00 |
| | Haunted Hotel Ball, LLC 1634E 53rd St Ste 190 Chicago, IL 60615-4384 | | 0.00 | NA | NA | 0.00 |
| | Hearts 1115 N. Branch St. Chicago, IL 60642 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hilton Chicago 720 S. Michigan Ave. Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| | Hilton Chicago Corporation c/o Prentice Hall Corporation 801 Adlai Stevenson Dr. Springfield, IL 62703 | | 130,000.00 | NA | NA | 0.00 |
| | Hooters Management Corporation 107 Hampton Rd, Ste. 200 Clearwater, FL 33759 | | 0.00 | NA | NA | 0.00 |
| | Joe's Bar 940 Weed St. Chicago, IL 60622 | | 0.00 | NA | NA | 0.00 |
| | Joliet Park District 3000 West Jefferson Street Joliet, IL 60435 | | 39,000.00 | NA | NA | 0.00 |
| | Lumen 839 W. Fulton Market St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | Naperville Clinical Services 2272 West 95th Street Suite 115 Naperville, IL 60564-8944 | | 53.00 | NA | NA | 0.00 |
| | NV Penthouse Lounge 116 W. Hubbard St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palmer House Hilton 17 E. Monroe St. Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Playboy Enterprises, Inc 9346 Civic Center Dr #200 Beverly Hills, CA 90210 | | 0.00 | NA | NA | 0.00 |
| | PRA Receivables Management, LLC GPO BOX 5897 New York, NY 10087-5897 | | 905.00 | NA | NA | 0.00 |
| | Proof 1045 N. Rush St. Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Public House 400 N. State St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Roberto Anzono c/o Steven R. Saks 309 W. Washington St. Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Spring Awakening, LLC 306 N. Halsted St. Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| | Spy Bar 646 N. Franklin St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Taco Burrito King 114 W. Chicago Ave. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Tecture, LLC c/o Arthur Ellis 2149 W. Roscoe St., Suite 1 Chicago, IL 60618 | | 5,600.00 | NA | NA | 0.00 |
| | The Mid 306 N. Halsted Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| | The Rave 2401 W. Wisconsin Ave. Milwaukee, WI 53233 | | 0.00 | NA | NA | 0.00 |
| | V Live 2047 N. Milwaukee Ave. Chicago, IL 60647 | | 0.00 | NA | NA | 0.00 |
| | Victor Hotel 311 Sangamon St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | W Hotel-- City Center 172 W. Adams St. Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Y Bar 224 Ontario St. Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 10,777.00 | 13,073.86 | 13,073.86 | 3,923.74 |
| 3 | DEBORAH BANACH | 7100-000 | 5,000.00 | 5,000.00 | 5,000.00 | 1,500.61 |
| 1 | DISCOVER BANK | 7100-000 | 6,616.00 | 6,446.27 | 6,446.27 | 1,934.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | SALMA TORRES | 7100-000 | 29,000.00 | 29,000.00 | 29,000.00 | 8,703.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 314,291.18 | $ 53,520.13 | $ 53,520.13 | $ 16,062.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-13152 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTIAN BANACH | | | | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/31/2013 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 02/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 2317 W. Harrison, Unit D, Chicago, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. STOCK - Adrenaline Y2K, Inc. d/b/a Global Adrenaline.net | 0.00 | 1.00 | | 0.00 | FA |
| 7. STOCK Haunted Hotel Ball, LLC (51%) | 0.00 | 1.00 | | 0.00 | FA |
| 8. TAX REFUNDS (u) | 3,188.00 | 521.00 | | 0.00 | FA |
| 9. PERSONAL INJURY LAWSUIT P.I. LAWSUIT AGAINST SOFTBALL CHICAGO | Unknown | 100,000.00 | | 95,000.00 | FA |
| 10. VEHICLES - 2011 Toyota Camry Reaffirmed. | 18,000.00 | 15,600.00 | | 0.00 | FA |
| 11. TAX REFUNDS (u) | 633.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $175,521.00     $116,123.00     $95,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS PREPARED A FINAL REPORT AND SUBMITTED IT TO THE U.S. TRUSTEE FOR REVIEW.

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-13152  
Case Name: CHRISTIAN BANACH  
Taxpayer ID No: XX-XXX4290  
For Period Ending: 08/03/2017  

Trustee Name: Frances Gecker  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2143  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 9 | CAPITOL INDEMNITY CORPORATION<br>PO BOX 5900<br>MADISON, WI 53705-0900 | SETTLEMENT - ORDER DATED 11/30/16 | 1142-000 | $95,000.00 | | $95,000.00 |
| 02/02/17 | 5001 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $40.86 | $94,959.14 |
| 02/03/17 | 5002 | ROBERT R. DUNCAN<br>LAW OFFICE OF DUNCAN LAW GROUP, LLC<br>161 N. CLARK STREET, SUITE 2550<br>CHICAGO, ILLINOIS 60601 | Order dated 11/30/16 [DKT 46] | | | $33,462.12 | $61,497.02 |
| | | ROBERT R. DUNCAN | ($31,666.67) | 3210-000 | | | |
| | | ROBERT R. DUNCAN | ($1,795.45) | 3220-000 | | | |
| 02/03/17 | 5003 | HUMANA SUBROGATION AND INJURY CLAIMS COST MANAGEMENT | Per Court Order dated 11/30/16 - Dkt. 46 | 4210-000 | | $11,197.60 | $50,299.42 |
| 02/03/17 | 5004 | CHRISTIAN BANACH<br>360B Whitewater Drive<br>Apt. 106<br>Bolingbrook, IL 60440 | DEBTOR'S EXEMPTION | 8100-002 | | $15,000.00 | $35,299.42 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.88 | $35,267.54 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $106.34 | $35,161.20 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.29 | $35,108.91 |
| 06/19/17 | 5005 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,250.00 | $27,858.91 |

Page Subtotals: $95,000.00   $67,141.09

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-13152 | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | CHRISTIAN BANACH | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2143 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4290 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/17 | 5006 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Distribution | | | $11,796.38 | $16,062.53 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($11,728.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($67.88) | 3120-000 | | | |
| 06/19/17 | 5007 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 representing a payment of 30.01 % per court order. | 7100-000 | | $1,934.66 | $14,127.87 |
| 06/19/17 | 5008 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 30.01 % per court order. | 7100-000 | | $3,923.74 | $10,204.13 |
| 06/19/17 | 5009 | DEBORAH BANACH<br>365 S 227TH CT<br>BUCKEYE, AZ 85326 | Final distribution to claim 3 representing a payment of 30.01 % per court order. | 7100-000 | | $1,500.61 | $8,703.52 |
| 06/19/17 | 5010 | SALMA TORRES<br>1740 Tower Hill Dr.<br>Woodridge, IL 60517 | Final distribution to claim 4 representing a payment of 30.01 % per court order. | 7100-000 | | $8,703.52 | $0.00 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $95,000.00 | $95,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $95,000.00 | $95,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $95,000.00 | $80,000.00 |

Page Subtotals: $0.00    $27,858.91

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2143 - Checking | $95,000.00 | $80,000.00 | $0.00 |
|  | $95,000.00 | $80,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $95,000.00 |
| Total Gross Receipts: | $95,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*